No. 02–10767. McGrath v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–10770. Castillo-Perez v. United States (Reported below: 61 Fed. Appx. 920); Duran-Rivas v. United States (61 Fed. Appx. 922); Gabarete-Guardado v. United States (67 Fed. Appx. 246); Guillen-Segura v. United States (61 Fed. Appx. 921); Hernandez-Santiago v. United States (61 Fed. Appx. 920); Iraheta-Barrera, aka Diaz-Hernandez v. United States (61 Fed. Appx. 920); Jimenez-Aguilera v. United States (61 Fed. Appx. 921); Lanza-Chan v. United States (61 Fed. Appx. 921); Lopez-Guzman v. United States (67 Fed. Appx. 247); Lopez-Salas v. United States (61 Fed. Appx. 921); Ortiz-Zacarias v. United States (61 Fed. Appx. 920); Carlos Rivera v. United States (61 Fed. Appx. 920); Rodriguez v. United States (67 Fed. Appx. 246); Sanchez-Quijano v. United States (61 Fed. Appx. 920); Sanchez-Ramos v. United States (67 Fed. Appx. 246); Servin-Mendez v. United States (61 Fed. Appx. 920); Medellin Tovias v. United States (61 Fed. Appx. 921); Zamora-Ramirez v. United States (61 Fed. Appx. 921); Bolanos-Morales v. United States (61 Fed. Appx. 920); and Terminel-Barrios v. United States (67 Fed. Appx. 246). C. A. 5th Cir. Certiorari denied.

No. 02–10774. Beltran-Rodriguez v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–10780. Kennedy v. Mendez, Warden. C. A. 3d Cir. Certiorari denied.

No. 02–10797. Alva-Otoya v. United States (Reported below: 61 Fed. Appx. 920); Avila-Aguilar v. United States (61 Fed. Appx. 921); Castillo-Rosales, aka Castillo v. United States (61 Fed. Appx. 920); Mauricio Contreras v. United States (61 Fed. Appx. 920); Garcia-Sandoval v. United States (61 Fed. Appx. 920); Herrera-Muniz v. United States (61 Fed. Appx. 922); Mireles-Hernandez v. United States (61 Fed. Appx. 921); Mundo-Jimenez v. United States (61 Fed. Appx. 921); Ramirez-Sosa v. United States (61 Fed. Appx. 921); Rios-Garcia v. United States (61 Fed. Appx. 920); Ruiz-Lopez v. United States (61 Fed. Appx. 921); Sanchez-Ledezma v. United States (61 Fed. Appx. 921); Rodriguez-Castillo v.